# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL DANIEL GOMEZ, | NO. CV 14-0205-JAK(AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 30, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE